# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE TUCKER FIRM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:11-cv-1089 |
| ) | |
| KIMBERLY ALISE ) | Judge John W. Darrah |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. ) | |
| ) | |
| KIMBERLY ALISE ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEBRA TUCKER, and THE TUCKER ) | |
| FIRM, LLC ) | |
| ) | |
| Counter-Defendants. ) | |

attorneys

## DECLARATION OF TOM HETT

I, Tom Hett, declare as follows:

1. I am over 18 years of age and am competent to testify. I have personal knowledge of the facts set forth in this declaration, and, if called to testify, would do so consistently herewith.

2. I am a paralegal employed by McDonald Hopkins LLC. I have been employed as a paralegal since approximately 1992.

3. I have a Bachelors Degree from Loyola University Chicago.

{4017824:}    1

4.      On September 28, 2012 I appeared in Room 221 of the Dirksen Federal Building for the purpose of reviewing documents produced by Plaintiff/Counter-Defendant The Tucker Firm LLC and Counter-Defendant Debra Tucker (collectively "Tucker").

5.      Upon my arrival I observed approximately 20 boxes of documents.

6.      I opened and physically observed the contents of approximately 15 of the 20 boxes located in the room. The contents of the boxes I reviewed were not organized in any logical, structured or discernible manner. They were not bates-labeled, nor were they marked in any way which would enable me to identify them at a later date. As they existed that day, I was unable to tell whether they had been previously produced, or whether they were drafts or duplicates of other documents in the remaining boxes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of October, 2012.

_____
Tom Hett